

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: CESAR CORDERO, | § | No. 08-15-00347-CR |
|  | § | Appeal from the |
| Appellant. | § | 120th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20110D05095-120-01) |
|  | § |  |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**May 29, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before May 29, 2016.

IT IS SO ORDERED this 14th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.